Wendell D. Z. Reese, a Minor, by Guy F. Reese, his Father and Next Friend, Plaintiff-Appellant, v. Margaret Laymon, Defendant-Appellee.

Gen. No. 9,814.

H. F. Simonson, and Norval D. Hodges, for appellant; Henry I. Green, Darius E. Phebus, and Hurshal C. Tummelson, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 11, 1952; rehearing denied May 6, 1952; released for publication May 6, 1952.